RUSSELL v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by George F. Russell against Manhattan Railway Company. No opinion. Motion granted.

SACKETT & WILHELMS LITHOGRAPHING CO. v. COMSTOCK. (Supreme Court, Appellate Division, Third Department. March 8, 1897.) Action by the Sackett & Wilhelms Lithographing Company against Francis M. Comstock. No opinion. Motion to amend order granted, on payment of $10 costs. See 39 N. Y. Supp. 458.

SAGE v. LOCKMAN et al. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Gardner A. Sage, Jr., against Jacob K. Lockman and others. A. Kling, for appellant. C. E. Whitehead, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SALISBURY v. SLADE. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Edwin B. Salisbury against Benjamin J. Slade. No opinion. Motion to dismiss appeal denied, without costs to either party.

SAWYER, Appellant, v. BADGER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Sarah J. Sawyer against William W. Badger et al. Percy L. Klock, for appellant. J. A. Hodge, Jr., for respondents.

PER CURIAM. The rulings of the court upon the several exceptions to the admission and rejection of evidence were correct. The single question presented which requires examination is whether the findings of the trial judge were supported by the evidence. On careful consideration of all the testimony, we are of the opinion that the learned judge was justified in coming to the conclusion that the plaintiff failed to prove that the transfer in question was made with intent to hinder, delay, and defraud the creditors of Josephine M. Mack. The judgment should be affirmed, with costs.

SEVENTY–THIRD ST BLDG. CO., Appellant, v. JENCKS, Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by the Seventy-Third St. Building Company against Francis M. Jencks. A. G. N. Vermilya, for appellant. C. L. Westcott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 1164.

In re SHERMAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Appraisal of the property of George B. Sherman, deceased, under the act in relation to taxable transfers of property. No opinion. Order affirmed, with $10 costs and disbursements.

SHULMAN et al., Respondents, v. METROPOLITAN EL. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1897.) Action by Benjamin Shulman and others against the Metropolitan Elevated Railroad Company. B. Tolles, for appellant. J. A. Weekes, for respondents. No opinion. Judgment modified by reducing amount awarded for fee damage to $1,000, and as thus modified affirmed, without costs to either party.

SMITH, Respondent, v. FLEISCHMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Jeremiah T. Smith against Joseph Fleischman. A. H. Parkhurst, for appellant. B. Hanson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 1164.

SMITH, Respondent, v. FLEISCHMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 19, 1897.) Action by Jeremiah T. Smith against Joseph Fleischman, impleaded. A. H. Parkhurst, for appellants. B. Hanson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 1164.

SMITH, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Jacob Smith against John King and John G. McCullough, as receivers of the New York, Lake Erie & Western Railroad Company. Adelbert Moot, for appellants. Norman D. Fish, for respondent.

FOLLETT, J. This action was begun to recover damages for a personal injury caused, it is alleged, by the negligence of the defendants and of their employés. The evidence is insufficient to sustain a verdict that the accident was caused by the negligence of the defendant, or that the accident was not caused by the contributory negligence of the plaintiff. The judgment and order should be reversed, and a new trial ordered, with costs to abide the event.

SMITH, Appellant, v. RAVEN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by William R. Smith against John Raven and others. G. Nathan, for appellant. F. W. Sherman, for respondents. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. ROSENTHAL, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Emily H. Smith against Gates L. Rosenthal. No opinion. Judgment affirmed, with costs.

SOCIETY OF THE SWEETEST HEART OF JESUS, Respondent, v. GRACZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the Society of the Sweetest Heart of Jesus against Joseph Gracz. No opinion. Judgment and order affirmed, with costs. All concur, except WARD, J., not voting.

SPITZER, Respondent, v. NASSAU NEWSPAPER DELIVERY EXP. CO., Appellant.